**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00347-01-CR-W-DGK |
| | ) | |
| EL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 14, 2017, the Grand Jury returned a one-count Indictment charging that on or about November 7, 2017, the Defendant, El Johnson, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez
        Case Agent: There will be a case agent. Government is waiting to find out who it will be.
    Defense: Ronna Holloman-Hughes
        Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 14 with stipulations; 15 without stipulations
    Defendant: 0 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 10-15 exhibits
    Defendant: approximately 1 exhibit

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days total**

**STIPULATIONS**: Possible but not known at this time.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: None filed. **Due on or before August 6, 2019.**
        Defendant: None filed. **Due on or before August 6, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before August 14, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before August 14, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for August 19, 2019.

    **Please note:** Counsel requesting the second week. Defense counsel has a case on the first week and the Government is out of the office a portion of the first week. There may be a request for a bench trial.

    **IT IS SO ORDERED**

                                           */s/ Lajuana M. Counts*
                                           LAJUANA M. COUNTS
                                           UNITED STATES MAGISTRATE JUDGE